IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID SCOTT GAFFORD,<br>AIS # 203620, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CV-531-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF<br>CORRECTIONS, BULLOCK<br>CORRECTIONAL FACILITY,<br>WARDEN MOORE,<br>WARDEN McKEE, MR. WHITE,<br>MR. PETERS, MS. COLLINS, and<br>TINA TYLER, | ) | |
| | ) | |
| Defendants. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date,

it is the ORDER, JUDGMENT, and DECREE of the court that this action is

DISMISSED without prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket

as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of July, 2026.

_____/s/ W. Keith Watkins_____
UNITED STATES DISTRICT JUDGE